UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI THORNTON, CAROLINE GRIMES, and TINA LEE,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PERFECTION TRAFFIC CONTROL, LLC, an Idaho limited liability company; PATRICK and MISTI BORGEN, husband and wife; and RICHARD FORREST II, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00490-DCN<br><br>**ORDER OF DISMISSAL** |

　　Based on the *Stipulation to Dismiss* (Dkt. 22), IT IS HEREBY ORDERED that the case is dismissed with prejudice and each party shall be responsible for its own costs and fees.

DATED: October 2, 2020

_____
David C. Nye
Chief U.S. District Court Judge